IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

**COURT MINUTES - CRIMINAL**
BEFORE: JON T. HUSEBY
U.S. MAGISTRATE JUDGE

United States of America,

            Plaintiff,

v.

Stanley P. George-Shatto,

            Defendant.

| | |
|---|---|
| Case No: | 25-mj-599 JTH |
| Date: | September 10, 2025 |
| | Video conference |
| Time Commenced: | 9:19 a.m. |
| Time Concluded: | 9:26 a.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

  Plaintiff: Rebecca Kline, Assistant U.S. Attorney
  Defendant: Ambroise Decilap, Assistant Federal Defender
      X FPD      X To be appointed

      X Advised of Rights

on  X Indictment
X Date charges or violation filed: August 12, 2025
X Current Offense: Conspiracy to Distribute Controlled Substances; Possession With Intent to Distribute Fentanyl; Possession With Intent to Distribute Marijuana.
X **Charges from other District:**  Western District of Missouri
X Title and Code of underlying offense from other District:   21: 841(a)(1), (b)(1)(A) and 846; 21:841(a)(1) and (b)(1)(A); 21:841(a)(1) and (b)(1)(D).
X Case no: 25-00236-01-CR-W-SRB

X Government moves for a detention hearing.     X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Monday, September 15, 2025 at 10:00 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 9W (MPLS) for:
X Detention hrg   X Removal hrg

Additional Information:
X Defendant consents to conducting this proceeding via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                           *s/nah*
                                         Signature of Courtroom Deputy